UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT INTERNATIONAL BRIDGE
COMPANY,

    Plaintiff,

v.

Case No. 09-13805

Honorable Patrick J. Duggan

FEDERAL HIGHWAY
ADMINISTRATION and JAMES STEELE
in his capacity as Michigan Administrator for
the Federal Highway Administration,

    Defendants.
_____/

## **JUDGMENT**

This matter is before the Court on defendants' motion to dismiss. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss is granted and plaintiff's second amended complaint is **DISMISSED** with prejudice..

                                          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Date: February 17, 2010

Copies to:
Craig L. John, Esq.
Michael A. Nedelman, Esq.
Steven P. Croley, AUSA